# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **WAHIDA RASHID,** | : | **CIVIL ACTION NO. 3:14-cv-00883 (JAM)** |
| **Plaintiff** | : | |
| v. | : | |
| **WELLS FARGO BANK, N.A.,** | : | |
| Defendant | : | **JANUARY 23, 2015** |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, Wahida Rashid, and Defendant, Wells Fargo Bank, N.A., through their undersigned counsel who are authorized by their respective clients to execute this stipulation, that the above-captioned action be dismissed in its entirety, with prejudice, and with no award of attorneys' fees, costs and/or disbursements to either party.

| PLAINTIFF | DEFENDANT |
|---|---|
| WAHIDA RASHID | WELLS FARGO BANK, N.A. |

By: */s/ Amanda M. DeMatteis*  
    Amanda M. DeMatteis (ct29413)  
    Cicchiello & Cicchiello LLP  
    364 Franklin Avenue  
    Hartford, Connecticut 06114  
    *adematteis@cicchielloesq.com*

    Her Attorneys

By: */s/ Jeffrey A. Fritz*  
    Jeffrey A. Fritz (ct26667)  
    Fisher & Phillips LLP  
    200 State Street, 13th Floor  
    Boston, Massachusetts 02109  
    *jfritz@laborlawyers.com*

    Its Attorneys

## **CERTIFICATION OF SERVICE**

     I hereby certify that on January 23, 2015, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

                                               /s/  *Amanda M. DeMatteis*
                                               Amanda M. DeMatteis (ct29413)